# Court of Appeals
# of the State of Georgia

ATLANTA, January 23, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0832. ALLEN M. COBB v. THE STATE.**

After a jury trial, Allen M. Cobb was convicted of aggravated assault, riot in a penal institution, and obstruction of an officer. This Court affirmed Cobb's conviction in *Cobb v. State*, 348 Ga. App. 210 (820 SE2d 241) (2018). In April 2024, Cobb filed a motion to set aside void sentence, which the trial court denied on October 7, 2024. On December 6, 2024, Cobb filed a notice of appeal from the order denying his motion.

Pretermitting the substantive issues this notice of appeal raises, we lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). Here, however, Cobb filed his notice of appeal 60 days after entry of the trial court's order. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/23/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*